# UNITED STATES DISTRICT COURT
## District of Kansas
(KANSAS CITY DOCKET)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      **Case No.**   16-20060-JAR-JPO

**LOGAN VIQUESNEY,**

      **Defendant.**

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about June 1, 2016, in the District of Kansas, the defendant,

**LOGAN VIQUESNEY,**

knowingly transported S.L., an individual who has not attained the age of 18 years, in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a) and 2426.

## A TRUE BILL.

June 29, 2016                              s/Foreperson
DATE                                       FOREPERSON OF THE GRAND JURY


 s/Thomas E. Beall
THOMAS E. BEALL
Acting United States Attorney
District of Kansas
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683
(785) 295-2850
(785) 295-2853 Facsimile
Ks. S. Ct. No.  19929
Thomas.Beall@usdoj.gov

**It is requested that the trial be held in Kansas City, Kansas**

**PENALTIES**

Count One: 18 U.S.C. § 2423(a).

> Not less than 10 years nor more than life imprisonment
> Not more than a $250,000 fine
> Not less than 5 years and not more than life of supervised release
> $100 special crime victims fund assessment

If the defendant has a conviction for a prior sex offense, the sentence shall be twice the term of imprisonment otherwise provided.