AO 245B (Rev. 11/16 - D/KS 02/17) Judgment in a Criminal Case
Case 2:16-cr-20060, Document: 43, Filed: 09-12-2017, Page 2 of 7
Sheet 2 – Imprisonment

Judgment – Page 2 of 7

DEFENDANT: Logan Viquesney
CASE NUMBER: 2:16CR20060 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months.

☒ The Court makes the following recommendations to the Bureau of Prisons: that the defendant be considered designation to MCFP Springfield to facilitate family visits and to provide care for the following medical conditions: On August 23, 2017, the defendant completed an exam which resulted in the following impressions:
1. No significant disc bulge or herniation. No spinal canal stenosis.
2. Mild facet arthrosis in the lower lumbar spine most pronounced at L4-5 resulting in mild bilateral neural foraminal stenosis at L4-5. No high-grade neural foraminal stenosis.
3. No acute osseous abnormality.

☒ The defendant is remanded to the custody of the United States Marshal.

**FILED**

NOV 29 2017

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 10/30/2017 to USP Marion
at Marion, Illinois, with a certified copy of this judgment.

True Warden
UNITED STATES MARSHAL

By_____ SCSP
Deputy U.S. Marshal