UNITED STATES DISTRICT COURT

IN THE DISTRICT OF KANSAS

**FILED**
FEB 20 2020
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Respondent ) | CASE NO.: |
| V.S. ) | CRIM:16CR-20060-01-JAR |
| LOGAN VIQUESNEY, ) | CIVIL: 18-2150-JAR |
| Petitioner ) | |

## MOTION TO DISMISS INDICTMENT

The Defendant, Pro Se, moves this Court to Dismiss the Indictment. The Indictment is fatally defective and may be challenged at any time.

The Indictment the government has filed to begin these criminal proceedings was insufficient in fulfilling Federal Rules of Criminal Procedure 7(c)(1). The purpose of this statues is to fully notify the defendant of the crime(s) he is being charged in plain, concise, and definite written statement of the essential facts constituting the charged offense. The Indictment filed on 6/29/2016 with the Clerk of the Court merely restates the statue for 18 U.S.C. 2423(a) and gives no elaboration as to how this statue relates to the defendants conduct; and, furthermore gives no facts whatsoever to the charged offense. Also since the state includes that the sexual activity needs to be such that a person can be charged with a criminal offense, it is necessary for the government to state the criminal offence that the person could be charged with.

The Indictment also alleges that the defendant was in violation of 18 U.S.C. 2426, but gives no mention at all as to what that is and how he violated this states. Therefore the Indictment did not properly notify the defendant of the charges and is in direct violation of his 5th, 6th, and 14th Amendment rights.

It follows that the Indictment is fatally defective and the Defendant prays that this court dismiss the Indictment

Done this Febuary Day of 14th ,2020

Respectfully Submitted,

Logan M. Viquesney

Logan Viquesney, Pro Se

#28080-031

United States Penitentiary Marion

P.O. Box 1000

Marion, IL 62959-7500