UNITED STATES DISTRICT COURT
IN THE DISTRICT OF KANSAS    FILED

MAY 14 2020

TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

Logan VIQUESNEY,
Petitioner

Case NO.#:
Criminal: 2:16-CR-20060-01-JAR

V.S.
UNITED STATES OF AMERICA,
Respondent

Civil: 2:18-CV-2152-JAR

## PETITIONERS MOTION FOR COMPEL JUDGMENT

COMES NOW the petitioner, Logan Viquesney in Pro Se, in necessity, and hereby MOVES this honorable Court to rule on his 2255 motion. The petitioner, herein, avers that all pleadings are closed out and that this case is ripe for judgment in the petitioner's favor. This Court has jurisdiction to rule upon the petitioner's 2255 motion purusant to this, the petitioner requests, and Federal Rules of Civil Procedure, Rule 12(c). In Support, the petitioner shows the Court the folburn

1) On April 2nd, 2018, the petitioner filed an instant 28 U.S.C. 2255 motion to Vacate, Set Aside, or Correct. @ Doc #46

2) On May 14th, 2018, the United States filed it's response. @ Doc #50

3) On May 29th, 2018, I sent my response which was filed on June 4th, 2018 in Court records. @ Doc #51

4) Herenow, the petitioner MOVES this Court to render it's ruling in good faith.

Wherefore now, above premises considered, the petitioner MOVES this Court to render judgment in his 2255 proceedings. The petitioner respectfully moves

this Court to enter judgment as required by Law, Liberty, and Justice.

Respectfully Submitted,

*Logan M. Viquesney*

Logan M. Viquesney
#28080-031
United States Penitentiary Marion
P.O. Box 1000
Marion, IL 62959-7500
May 10th, 2020

CC: P/file