# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 14, 2021

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Logan Viquesney
v. United States
No. 21-5106
(Your No. 20-3145)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 13, 2021 and placed on the docket July 14, 2021 as No. 21-5106.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst